| | |
|---|---|
| JACK W. LEE (SBN 71626) | JOSEPH W. COTCHETT (SBN 36324) |
| DEREK G. HOWARD (SBN 118082) | NIALL P. McCARTHY (SBN 160175) |
| **MINAMI TAMAKI, LLP** | JUSTIN T. BERGER (SBN 250346) |
| 360 Post Street, 8th Floor | **COTCHETT, PITRE & MCCARTHY** |
| San Francisco, CA 94108 | 840 Malcolm Road, Suite 200 |
| Telephone: (415) 788-9000 | Burlingame, CA 94010 |
| Facsimile: (415) 398-3887 | Telephone: (650) 697-6000 |
| Email: jlee@minamitamaki.com | Facsimile: (650) 697-0577 |
| Email: dhoward@minamitamaki.com | Email: jcotchett@cpmlegal.com |
| | Email: nmccarthy@cpmlegal.com |
| | Email: jberger@cpmlegal.com |

DANIEL J. MULLIGAN (SBN 103129)
LARRY W. GABRIEL (SBN 68329)
**JENKINS MULLIGAN & GABRIEL LLP**
10085 Carroll Canyon rd, Ste. 210
San Diego, CA 92131
Telephone: (415) 982-8500
Facsimile: (415) 982-8515
Email: Dan@jmglawoffices.com
Email: Lgabriel@jmglawoffices.com

Attorneys for Plaintiffs and the Putative Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO BRANCH

| | |
|---|---|
| MARY SCALA and SEBASTIAN SCALA, individually and on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CITICORP, INC., CITIBANK, N.A., CITIGROUP GLOBAL MARKETS, INC., <br><br> Defendants. | Case No.: 10cv3859 CRB <br><br> [~~PROPOSED~~] ORDER GRANTING CHANGING DATE OF DEFENDANTS' MOTION TO DISMISS PURSUANT TO F.R.Civ.P. 12(b)(6), and DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF, AND DEFENDANTS MOTION TO DISMISS PURSUANT TO F.R.Civ.P. 12(b)(7) |

Based on the parties filing of the Stipulation to Change Date of Defendants' Motions to Dismiss Pursuant to F.R.Civ.P. 12(b)(6) and F.R.Civ.P. 12(b)(7) combined with Administrative Motion, and the Declaration of Derek G. Howard,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendants' Motions to Dismiss Pursuant to F.R.Civ.P. 12(b)(6) and F.R.Civ.P. 12(b)(7) and Administrative Motion shall be heard on January 28, 2010 at 10:00 a.m. in Courtroom 8, 19th Floor;

Additionally, Plaintiffs' opposition to these motions shall be filed no later than 21 days prior to the hearing date pursuant to Local Rules or January 7, 2010.

SO ORDERED.

Dated:  November 9, 2010



The Hon. Charles R. Breyer
United States District Judge