**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARY SCALA,

    Plaintiff,

v.

CITICORP INC.,

    Defendant.

No. C 10-03859 CRB

**SCHEDULING ORDER**

    The Court is in receipt of a stipulation by the parties to continue the upcoming hearing on Defendants' Motion to Dismiss from June 10, 2011 to June 24, 2011. See dkt. 45. However, for the purposes of the Court's own calendar, that hearing will be continued to July 8, 2011 at the same time and place.

    **IT IS SO ORDERED.**

Dated: May 18, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\3859\scheduling order.wpd