IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY SCALA, | No. C 10-03859 CRB |
| Plaintiff, | **ORDER DENYING MOTION TO DISMISS** |
| v. | |
| CITICORP INC., | |
| Defendant. | |

For the reasons stated at the motion hearing on July 8, 2011, the Motion to Dismiss is DENIED.

**IT IS SO ORDERED.**

Dated: August 1, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\3859\order denying 2nd MTD.wpd