IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY SCALA,<br><br>        Plaintiff,<br><br>  v.<br><br>CITICORP INC,<br><br>        Defendant. | No. C 10-03859 CRB<br><br>**ORDER OF CONDITIONAL DISMISSAL** |

this relates to related cases:

```
RACIOPPO        v  CITICORP  C-11-4140 CRB
PLACE           v  CITICORP  C-11-4351 CRB
ZOCCA           v  CITICORP  C-11-5082 CRB
McCARREN        v  CITICORP  C-11-6354 CRB
SANTUCCI        v  CITICORP  C-11-6415 CRB
SHEEHAN         v  CITICORP  C-12-0232 CRB
HOLDEN          v  CITICORP  C-12-0300 CRB
DOST            v  CITICORP  C-12-0608 CRB
KING            v  CITICORP  C-12-0912 CRB
CATES-COPELAND  v  CITICORP  C-12-0913 CRB
ROSE            v  CITICORP  C-12-0924 CRB
RUDY            v  CITICORP  C-12-1063 CRB
OERTH           v  CITICORP  C-12-1137 CRB
SAVONA          v  CITICORP  C-12-1202 CRB
BREISACHER      v  CITICORP  C-12-1228 CRB
```

The parties hereto, by their counsel, having advised the Court that they have agreed to a settlement of this case,

1  IT IS HEREBY ORDERED that this case be dismissed without prejudice; provided,
2 however, that if any party hereto shall certify to this Court, within ninety (90) days, with proof of
3 service of a copy thereon on opposing counsel, that the agreed consideration for said settlement has
4 not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be
5 restored to the calendar to be set for trial.

Dated: June 14, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE