United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY SCALA,<br><br>   Plaintiff,<br><br> v.<br><br>CITICORP INC,<br><br>   Defendant._____/<br>this relates to related cases:<br><br>RACIOPPO v CITICORP C-11-4140 CRB<br>PLACE v CITICORP C-11-4351 CRB<br>ZOCCA v CITICORP C-11-5082 CRB<br>McCARREN v CITICORP C-11-6354 CRB<br>SANTUCCI v CITICORP C-11-6415 CRB<br>SHEEHAN v CITICORP C-12-0232 CRB<br>HOLDEN v CITICORP C-12-0300 CRB<br>DOST v CITICORP C-12-0608 CRB<br>KING v CITICORP C-12-0912 CRB<br>CATES-COPELAND v CITICORP C-12-0913CRB<br>ROSE v CITICORP C-12-0924 CRB<br>RUDY v CITICORP C-12-1063 CRB<br>OERTH v CITICORP C-12-1137 CRB<br>SAVONA v CITICORP C-12-1202 CRB<br>BREISACHER v CITICORP C-12-1228 CRB<br>_____/ | No. C 10-03859 CRB<br><br>**ORDER OF<br>CONDITIONAL DISMISSAL** |

  The parties hereto, by their counsel, having advised the Court that they have agreed to a settlement of this case,

IT IS HEREBY ORDERED that this case be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety (90) days, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial.

Dated: June 14, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE