| | |
|---|---|
| DEREK G. HOWARD, CASB No. 118082<br>*dhoward@minamitamaki.com*<br>BETHANY CARACUZZO, CASB No. 190687<br>*bcaracuzzo@minamitamaki.com*<br>MINAMI TAMAKI, LLP<br>360 Post Street, 8th Floor<br>San Francisco, California 94108<br>Telephone: (415) 788-9000<br>Facsimile: (415) 398-3887<br><br>Attorneys for Plaintiffs<br>MARY SCALA and SEBASTIAN SCALA<br>and RELATED PLAINTIFFS | JULIE L. TAYLOR, CASB No. 154341<br>*julie.taylor@kyl.com*<br>ELYSE W. GRANT, CASB No. 271635<br>*elyse.grant@kyl.com*<br>KEESAL, YOUNG & LOGAN<br>A Professional Corporation<br>450 Pacific Avenue<br>San Francisco, California 94133<br>Telephone: (415) 398-6000<br>Facsimile: (415) 981-0136<br><br>Attorneys for Defendants<br>CITICORP INC., CITIBANK, N.A., and<br>CITIGROUP GLOBAL MARKETS INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARY SCALA and SEBASTIAN SCALA,<br>　　　　　　　　　　Plaintiffs,<br>　vs.<br>CITICORP INC., CITIBANK, N.A., and<br>CITIGROUP GLOBAL MARKETS INC.,<br>　　　　　　　　　　Defendants. | Case No. CV-10-3859 CRB<br><br>**JOINT STIPULATION OF DISMISSAL<br>WITH PREJUDICE** |

AND RELATED CASES:

Racioppo, C-11-4140 CRB
La Place, C-11-4351 CRB
Zocca, C-11-5082 CRB
McCarren, C-11-6354 CRB
Santucci, C-11-6415 CRB
Sheehan, C-12-0232 CRB
Holden, C-12-0300 CRB
Dost, C-12-0608 CRB
King, C-12-0912 CRB
Cates-Copeland, C-12-0913 CRB
Rose, C-12-0924 CRB
Rudy, C-12-1063 CRB
Oerth, C-12-1137 CRB
Savona, C-12-1202 CRB
Breisacher, C-12-1228 CRB

///

///

///

1    The Parties, by and through their counsel of record, hereby state that the agreed-upon
2 consideration for the settlement reached between said Parties has been delivered in full.
3    Accordingly, pursuant to the Federal Rules of Civil Procedure, Rule 41, the Parties hereby
4 stipulate and agree that the above-entitled matter and all cases related thereto may be dismissed, in
5 their entirety, with prejudice.
6    All parties are to bear their own fees, costs and expenses.

DATED: September 26, 2012

/s/ DEREK G. HOWARD
DEREK G. HOWARD
BETHANY CARACUZZO
MINAMI TAMAKI, LLP

Attorneys for Plaintiffs
MARY SCALA and SEBASTIAN SCALA and
Related Plaintiffs

DATED: September 26, 2012

/s/ Elyse W. Grant

JULIE L. TAYLOR
ELYSE W. GRANT
KEESAL, YOUNG & LOGAN

Attorneys for Defendants
CITICORP INC., CITIBANK, N.A., and
CITIGROUP GLOBAL MARKETS INC.



IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA